To: FOURTH COURT OF APPEALS
   CLERK OF THE COURT

From: ABELARDO G. GONZALEZ 1622682
    **Appellate / Pro-se**

Re: **REQUEST FOR INFORMATION**
  On Cause's COA No.s 04-15-00529-CR
          04-15-00530-CR
          04-14-00531-CR

Date: SEPT. 15, 2015



Dear: CLERK OF THE COURT

  Now Comes repectfully yours Appellate ABELARDO G. GONZALEZ pro-se and informs the Clerk that Appellate has three Appellate proceedings in this court the above mentioned, but received only **one** notice from this Clerk that the Clerk trial Record was received and filed with this clerk on only **04-15-00530-CR.** on a letter date Sept. 9, 2015.

  Appellate needs to know urgently that (ONE) did the trial court clerk only filed one Clerk record for cause 04-15-00530-CR or (TWO) did the notice from this clerk for cuase's 04-15-00529-CR and 04-15-00531-CR had Appellate's wrong address and where miss delivered, since Appellate has notice letters from the clerk that Appellate's address was wrong and give prior notice to this clerk about the matter or (THREE) did the Clerk of the trail court clerk filed one clerk record for all three above mention appeal cause's?.

THIS IS A VERY TIME SENSITIVE ISSUE, A REPLY IS RESPECTFULLY REQUESTED TO PRESERVE APPELLATE"S RIGHTS.....

           Respectfully yours,

           Abelardo G. Gonzalez 1622682
           C.T. Terrell B-3-40
           1300 F.M. 655
           Rosharon, Texas 77583
           **Appellate / Pro-se**

# ADDRESS CORRECTION NOTICE

To:     FOURTH COURT OF APPEALS
        CLERK OF THE COURT

From: ABELARDO G. GONZALEZ     1622682
      **Appellate / Pro-se**

Re:   **SECOND ADDRESS CORRECTION
      NOTICE**
      On COA Cause's Numbers 04-15-00529-CR
                             04-15-00531-CR

Date: SEPT. 15, 2015

Dear: CLERK OF THE COURT

        Now Comes Appellate and gives SECOND NOTICE TO CORRECT Appellate address in the above mention proceedings, to reflex the below mention address in all future letter's from the Clerk to Appellate.


ABELARDO G. GONZALEZ    1622682
C.T. TERRELL B-3-40
1300 F.M. 655
Rosharon, Texas   77583


Appellate Thanks the Clerk in advance for its time and attention.


Respectfully, yours'

Abelardo G. Gonzalez    1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, texas   77583
**Appellate / Pro-se**

Abelardo Gonzalez   1622682
C.T. TERRELL
1300 F.M. 655
Rosharon, Texas   77583

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 SEP 21  PM 12: 33

TH E. HOTTLE, CLERK

LEGAL MAIL

FOURTH COURT OF APPEALS
Cadena-Reeves Justice Center

300 Dolorosa,   Suite 3200
San Antonio,   Texas   78205-3037

